**MASSOUD & PASHKOFF, LLP**
Attorneys At Law

1700 Broadway, 41st Floor
New York, NY 10019
Tel. (212) 207-6771

Ahmed A. Massoud, Esq.
E-Mail: amassoud@maspaslaw.com

June 20, 2014

Ms. Tynetta Wilder
Case Manager
Second Circuit Court of Appeals
40 Foley Square
New York, New York 10007

    Re: Siegel.v. Apergis.
      Case No.: 14-1960

Dear Ms. Wilder:

We are the attorneys for the appellants in the above referenced appeal, and write this letter to advise the Court of the date by which the appellants' brief will be filed.

Please be advised that, on behalf of the appellants, we will be filing the brief in the above appeal by September 5, 2014.

              Very truly yours,

              Ahmed A. Massoud

AAM:oi
cc: All other counsel (via e-mail)