STATE OF NEW YORK            )                                    Filed
                                      SS.
COUNTY OF NEW YORK      )
   BARRY BARON
   354 VAN NAME AVE.
   STATEN ISLAND, NY 10303
_____, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and resides at the address shown above, or _____
_____.

That on the 5th Day of December, 2014, deponent served the within

### BRIEF FOR DEFENDANT-APPELLEE DLJ MORTGAGE CAPITAL, INC.

upon the attorneys, and by the method designated below, who represent the indicated parties in this action, and at the addresses below stated, which are those that have been designated by said attorneys for that purpose.

 By depositing two true copies of same enclosed in a postpaid properly addressed wrapper, in the post office or official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Names of attorneys served, together within the names of the clients represented and the attorney's designated addresses

SEE ATTACHED RIDER

Sworn to before me this
5th Day of December, 2014

SONJA R. RICHARDS
Notary Public, State of New York
No. 03-4998375
Qualified in Bronx County
Commission Expires June 29, 2018

ORIGINAL                                                         26180

**SERVICE RIDER**

Florence Corp.
c/o Cordova & Schwartzman, LLP
666 Old Country Road, Suite 700
Garden City, New York 11530

Coastal Capital Corp.
c/o New York Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, New York 12231

June Siegel
c/o Maizes & Maizes
2027 Williamsbridge Road
Bronx, New York 10461

Samuel Feldman Lumber Co., Inc.
c/o Cordova & Schwartzman, LLP
666 Old Country Road, Suite 700
Garden City, New York 11530

Interamerican Mortgage Corporation
c/o New York Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, New York 12231